IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| KARWIN L. MATTHEWS, | Civil Action |
| --- | --- |
| Plaintiff, | No. 16-6210 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY CORRECTIONAL CENTER, | MEMORANDUM OPINION |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Karwin L. Matthews seeks to bring this civil action without prepayment of fees or security. Docket Entry 1-2.

Plaintiff did not sign the affidavit in support of his application. Plaintiff must either submit a signed, completed *in forma pauperis* application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**May 9, 2017**       **s/ Jerome B. Simandle**
Date      JEROME B. SIMANDLE
     Chief U.S. District Judge